CARMELA ROMANO, as Administratrix of the Estate of THOMAS C. ROMANO, Deceased, Appellant-Respondent, v. CITY OF NEW YORK, Appellant, and ARTHUR A. JOHNSON CORP. et al., Third-Party Plaintiffs and Defendants-Respondents-Appellants. RAO ELECTRICAL EQUIPMENT CO., INC., Third-Party Defendant-Respondent.— Judgment unanimously affirmed and that the third-party plaintiffs and defendants-respondents-appellants recover of the plaintiff-appellant-

respondent and the defendant-appellant the costs of this appeal; and that the plaintiff-appellant-respondent recover of the defendant-appellant the costs of this appeal; and that the third-party defendant-respondent recover of the third-party plaintiffs and defendants-respondents-appellants the costs of this appeal. No opinion. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.